FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 8 2014

at 4 o'clock and 00 min. P M
SUE BEITIA, CLERK

BENJAMIN DOSKOCIL
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: benjamin.doskocil@navy.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR14 00442 |
| Plaintiff, | ) ) ) | INFORMATION |
| vs. | ) ) ) ) | [40 U.S.C. § 1315(c), 32 C.F.R. § 634.25(f), H.R.S. § 431:10C-104] |
| CARNELL ONEAL, | ) ) | CIT. NO.: 4081311/H40 |
| Defendant. | ) ) | A&P: 4/23/14 |

INFORMATION

The United States Attorney charges that:

On or about December 27, 2013, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, to wit: Joint Base Pearl Harbor-Hickam, Hawaii, CARNELL ONEAL, defendant herein, did operate a motor vehicle upon a public street, road, or highway without said motor vehicle being insured under a no-fault

insurance policy, thereby committing the offense of driving without no-fault insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315 (c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: April 17, 2014, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By _____
BENJAMIN DOSKOCIL
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. v. CARNELL ONEAL    CR14 00442
CR. NO.
CIT. NO.: 4081311/H40 (No-fault insurance)
"INFORMATION"

2